IN THE
TEXAS COURT OF CRIMINAL APPEALS    81,971-01,02

RECEIVED IN
COURT OF CRIMINAL APPEALS    DATE 12-3-15

DEC 10 2015

Abel Acosta, Clerk

This document contains some
pages that are of poor quality
at the time of imaging.

GREGARY A. TURNER SR.

    PETITIONER-PRO-SE

VS.    NO: 02-13-00487-CR.

    TRIAL COURT NO. 1343101-R

THE STATE OF TEXAS

      TO THE HONORABLE JUDGES OF COURT OF CRIMINAL APPEALS.
THIS LETTER IS IN RESPONSE TO DENIAL OF LEAVE TO FILE THE ORIGINAL
APPLICATION FOR WRIT OF MANDAMUS DATED 11-18-2014 THE PETITIONER
IN THIS LEGAL CAUSE FIRST MADE REQUEST OF SECOND COURT OF APPEAL
FOR TRIAL TRANSCRIPT. PLEASE FIND LETTER FROM PETITIONER DATED 10-21-14
AND REPLY FROM THE HONORABLE COURT DATED 10-27-2014 ADVISING
OR DIRECTING THE PETITIONER TO CONTACT THE COURT OF CRIMINAL APPEAL.
PLEASE FIND COPY OF LETTER FROM COURT OF APPEALS. IN THE PAST IF A LETTER
OR MOTION WAS SENT TO THE WRONG COURT IT WOULD FORWARDED TO CORRECT
COURT THE PETITIONER IN THIS CAUSE TRIED TO MAKE REQUEST FOR
RULEING FROM THE HIGHER COURT IN REGARDS TO THE PETITIONER HAVING
ACCESS TO TRIAL TRANSCRIPT. BOTH COURTS ARE TELLING THE PETITIONER
TO CONTACT THE OTHER. WHILE THE REAL LOSER IN THIS IS THE PETITIONER
AND HIS INABILITY TO OBTAIN A COPY OF TRIAL TRANSCRIPT AND BEING
FORCED TO PRESENT P.D.R. WITHOUT ACCESS OF TRIAL TRANSCRIPT
VIOLATING PETITIONER XIV AMEND (PLEASE SEE GREFFIN ET AL. V. ILLINOIS
351 U.S 12: 76 S. CT. 585: 100 L. Ed. 891; 1956 U.S. LEXIS 1039)(DRAPER V. WASHINGTON
372 U.S. 487; 83 S.CT. 774; 9 L. Ed. 2d 899; 1963 U.S. LEXIS 1947) PETITIONER HAS MADE
REQUEST FOR COPIE OF TRIAL TRANSCRIPT IN FORMA PAUPIS IN OR TO HIS DISTRICT
COURT 213TH THE SECOND COURT OF APPEALS AND THE COURT OF CRIMINAL
APPEALS. THE PETITIONER HAS VERY LIMITED LEGAL SKILLS AND HAS TRIED TO
COMPLY WITH THE COURT RULES. AND ONLY PRAYS FOR AND HAS RESPECTFULLY
REQUESTED WHAT IS FAIR AND JUST. THE PETITIONER IS INDIGENT
AND HAS BEEN DENIED OF TRIAL TRANSCRIPT.    Gregary A. Turner
                                      SIGNED RESPECTFULLY

**11/18/2015**
**TURNER, GREGARY A.**      Tr. Ct. No. 1343101-R                **WR-81,971-02**
This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus. *Padilla v. McDaniel*, 122 SW 3d 805 (Tex. Crim. App. 2003).

Abel Acosta, Clerk

GREGARY A. TURNER
TARRANT COUNTY JAIL - TDC # 805233
100 N. LAMAR
FORT WORTH, TX  76102

CAUSE NO
1343101-R

STATE OF TEXAS
            V
GREGARY A TURNER SR.
0805233

TO THE CLERK OF THE SECOND COURT OF APPEALS
MY NAME IS GREGARY A TURNER SR. I AM THE
APPELLANT IN ABOVE NUMBERED AND STYLED
CAUSE. AND THE REASON FOR THIS LETTER IS TO
FIND OUT STATUS OF WRIT OF MANDAMUS NO
WR-81,971-01 I HAVE INCLOSED COPY OF CONFORMATION
CARD THAT I RECIEVED FROM CAPITOL STATION AUSTIN
TEXAS. ON OR ABOUT 8-20-14. APPELLANT RESPECTFULLY
REQUEST TO KNOW WHEN A RULEING WILL BE MADE
ON THIS CAUSE. I WOULD LIKE TO TAKE THIS
TIME TO THANK THE CLERK FOR YOUR TIME
IN THIS MATTER AND PRAYERFULLY AWAITING
YOUR RESPONSE.

Gregary a Turner SR.
SIGNED RESPECTFULLY
GREGARY A TURNER SR.
0805233
TARRANT COUNTY JAIL
100 N. LAMAR ST.
FORT WORTH
    TX.
76102

DATE 10-21-14

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

STATE OF TEXAS
PENALTY FOR
PRIVATE USE

**10/19/2015**
**TURNER, GREGARY A.          Tr. Ct. No. 1343101-R**          **WR-81,971-02**
On this day, the original application for writ of mandamus has been received and
presented to the Court.

Abel Acosta, Clerk

GREGARY A TURNER
TARRANT COUNTY JAIL - TDC # 805233
100 N. LAMAR
FORT WORTH, TX  76102



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BOB McCOY
BILL MEIER
LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

DATE: 10-27-14

TO: Gregary Allen Turner #0805233

RE: CASE NO_____STYLE:_____ vs. State

We are in receipt of your correspondence in connection with the above case.

____ Our records do not indicate an appeal pending in this court. Contact the attorney or the trial court for information about the case, or provide this court with an appeal number.

____ Our records indicate you are pro se/have counsel. The attorney is/was

_____.

____ Appellant's/State's _____ was/is due on

_____.

The status of the above referenced case is:
____ Still pending. No opinion has issued as of this date.
____ Opinion has issued. Your case was affirmed/reversed/dismissed/abated to the trial court on _____.
____ **The case is closed.**
____ Pending on motion for rehearing.
____ Pending at the Court of Criminal Appeals on a Petition for Discretionary Review.

_____ Neither the judges nor the staff of this court can give legal advice. You may wish to contact Inmate Legal Services, Texas Department of Criminal Justice, Institutional Division, P.O. Box 99, Huntsville, TX 77340.

_____ This court has no jurisdiction to compel the trial court to provide you with free copies. This court does not provide copies of any documents without prepayment of costs. Our charge is 10 cents per page up to 50 pages and 50 cents per page thereafter, payable in advance by cashier's check or money order. If you desire copies of any part of your record, send a cashier's check or money order in the amount of $75.00. There is a $38.66 fee for retrieving any **closed case** from our private storage facilities. As much of your record will be copied as the remaining will cover. You will be advised as to the cost for copying the remainder of the record. Payment for the remainder of the record must be paid within thirty (30) days from the date you are notified. If your request does not add up to the $75.00, the balance will be returned to you. **Make cashier's check or money order payable to Clerk, Court of Appeals.**

_____ The Court of Criminal Appeals, Austin, Texas, has jurisdiction over article 11.07 post conviction writs of habeas corpus/out of time appeals. TEX. CODE CRIM. PROC. ANN. art. 11.07 (West Supp. 2011). This writ can only be filed with the district clerk's office of the county in which you were convicted. *Id.*

_____ The papers you requested are enclosed.

_____ The papers you tendered are being returned to you.

Respectfully yours,

DEBRA SPISAK, CLERK

*Karen Brown*

By: Karen Brown, Deputy Clerk

**NOTE:** You should contact the Court of Criminal Appeals regarding the writ of mandamus in question. Per the attached notice, your writ was received and presented to the Court of Criminal Appeals on August 20, 2014, under WR-81,971-01.

## Verification of Unsworn Declaration

I, _GREGARY A. TURNER_, Defendant pro se in this cause, state the following under penalty of perjury: I am a prisoner, #_0805233_, currently incarcerated in the Tarrant County Jail in Tarrant County, Texas. I am duly qualified and authorized in all respects to make this declaration. I have read the foregoing Declaration of Conflict and declare that I have personal knowledge of the facts contained therein and said facts are true and correct.

EXECUTED in Tarrant County, Texas, pursuant to Art. 132.001 et. seq., Texas C.P.R.C. and 28 USC §1746, on this _3RD_ day of _DEC_, 20_15_.

_Gregary a. Turner_
[Defendant's Name], Defendant Pro Se
CID #_0805233_ DOB_10/16/58_
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954

*Under both federal law (28 USC §1746) and state law (Art. 132.001, Texas C.P.R.C.), inmates incarcerated in Texas may use an unsworn declaration under penalty of perjury in place of a written declaration sworn before a notary public.

## Certificate of Service

I _G.A.T._, hereby certify that a true and correct copy of the above motion was served on Attorney for the State Tim Curry by mailing via first-class mail to JOE SHANNON, DISTRICT ATTORNEY, 401 W. BELKNAP ST., FORT WORTH, TX 76196 on this _3RD_ day of _DEC_, 20_15_.

_Gregary a. Turner_
[Defendant's Name], Defendant Pro Se
CID #_0805233_ DOB_10/16/58_
100 N. Lamar St. - ___
Fort Worth, TX 76102-1954